UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMON L. WOODSON,<br><br>  Petitioner,<br><br>vs.<br><br>RICHARD B. IVES, Warden,<br><br>  Respondent. | Case No.  CV 13-0263-MWF (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 14, 2013

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE